IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Mary Sergeant**

Case No. 10-80572- -

Chapter 7

Soc. Sec. No. xxx-xx-5638
Mailing Address: 3719 Suffolk Street, Durham, NC 27707-

Debtor.

MOTION TO EXCUSE COMPLETION OF
CREDIT COUNSELING BRIEFING
AND
FINANCIAL MANAGEMENT COURSE

**NOW COMES the Debtor**, by and through counsel undersigned, who moves the court to excuse the Female Debtor from the completion of the credit counseling course briefing required by 11 U.S.C. § 109 (h) (1) AND the completion of the financial management course required by 11 U.S.C. § 727 (a) (11). In support hereof, the Debtor shows unto the Court as follows:

1. That this Chapter 7 case was filed on March 30, 2010. That the Female Debtor was unable to the complete the credit counseling course briefing required by 11 U.S.C. § 109 (h) (1) and will be unable to complete the financial management course required by 11 U.S.C. § 727 (a) (11) due to the her mental incapacity.

2. As evidence thereof, attached to this Motion is an Affidavit from the Debtor's physician or other competent professional regarding the Debtor's mental incapacity.

**WHEREFORE**, the Debtor prays the Court enter an Order excusing the Female Debtor from the completion of the credit counseling course briefing required by 11 U.S.C. § 109 (h) (1) and the completion of the financial management course required by 11 U.S.C. § 727 (a) (11), and that the Court grant such other and further relief as to the Court seems just and proper.

Dated: July 25, 2006

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
Attorney for the Debtor
North Carolina State Bar No.: 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Mary Sergeant**

Case No. 10-80572- -
Chapter 7

Soc. Sec. No. xxx-xx-5638
Mailing Address:
3719 Suffolk Street, Durham, NC 27707-

Debtor.

**CERTIFICATE OF SERVICE**

I, Renee Nolte, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on May 10, 2010, I served copies of the foregoing **Motion**, electronically upon the following parties:

John Northen
Chapter 7 Trustee
Post Office Box 2208
Chapel Hill, NC 27514-2208


Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC  27402

Mary Sergeant
3719 Suffolk Street
Durham, NC 27707-

/s Renee Nolte
Renee Nolte