IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Mary Sergeant**

Case No. 10-80000- -
Chapter 7

Soc. Sec. No. xxx-xx-9999
Mailing Address: , , NC

Debtor.

## AFFIDAVIT

I, _ROBERT A. MILLET, M.D._, do hereby certify, under penalty of perjury, that:

✓1. I am a physician or other professional competent to evaluate Mary Sergeant's mental incapacity and/or physical impairments.

If you are a professional other than a physician, please describe your qualifications: ____

✓2. I have examined Mary Sergeant; and

✓3. Based on my professional judgment, Mary Sergeant is so impaired by reason of mental illness or mental deficiency so that he is incapable of realizing and making rational decisions with respect to his financial responsibilities, for the following reasons:

_COULD MAKE HER PSYCHOTIC ILLNESS WORSE_

✓4. This Affidavit is for purposes of obtaining permission for Mary Sergeant to be excused from the credit counseling briefing and/or financial management course required by the Bankruptcy Code and is not and shall not be used as a statement regarding Mary Sergeant's competency, capacity or disability for any other purpose.

Dated: 4/19/10